AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Hugo Rebollar-Fuentes, | ) | Case No.  17-7516MJ |
| a.k.a.: Hugo Fuentes Rebollar, | ) | |
| (A089 958 716) | ) | |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 15, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Hugo Rebollar-Fuentes, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about September 5, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Kathy J. Lemke

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Gilbert V. Longoria,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   October 19, 2017

_____
*Judge's signature*

City and state:   Phoenix, Arizona

Bridget S. Bade,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Gilbert V. Longoria, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 15, 2017, Hugo Rebollar-Fuentes was arrested by the Scottsdale Police Department and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Rebollar-Fuentes was examined by ICE Officer R. Ray who determined Rebollar-Fuentes to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On October 17, 2017, Rebollar-Fuentes was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Rebollar-Fuentes was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Hugo Rebollar-Fuentes to be a citizen of Mexico and a previously deported criminal alien. Rebollar-Fuentes was removed from the United States to Mexico at or near Nogales, Arizona, on or about September 5, 2016, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Rebollar-Fuentes in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department

2

of Homeland Security to return to the United States after his removal. Rebollar-Fuentes' immigration history was matched to him by electronic fingerprint comparison.

4.  On October 17, 2017, Hugo Rebollar-Fuentes was advised of his constitutional rights. Rebollar-Fuentes freely and willingly acknowledged his rights and declined to make any further statements.

5.  For these reasons, this affiant submits that there is probable cause to believe that on or about October 15, 2017, Hugo Rebollar-Fuentes, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about September 5, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).


Gilbert V. Longoria,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 19th day of October, 2017.

Bridget S. Bade,
United States Magistrate Judge

3